**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------X
  NIDIA I. ORTIZ,

                      Plaintiff,                 **25 CIVIL** 2305 (GS)

      -v-                                 **JUDGMENT**


COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.
--------------------------------------------------------------------X


      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Stipulation and Order dated January 27, 2026, the Commissioner's decision

be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner

of Social Security, for further administrative proceedings, including offering the plaintiff an

opportunity for a new hearing, and a new decision pursuant to the fourth sentence of 42 U.S.C. §

405(g).

**Dated:** New York, New York

      January 29, 2026


                             **TAMMI M. HELLWIG**
                           _____
                               **Clerk of Court**


            **BY:**            *K. mango*
                            _____
                               **Deputy Clerk**